[No. 18183-5-II.   Division Two.   November 1, 1995.]

GEORGE A. WELLS, *Appellant*, v. ESTATE OF RUTH A. WELLS, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 93-3-00284-6, George L. Wood, Jr., J., entered March 21, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Cox, J. Pro Tem.


[No. 13267-6-III.   Division Three.   November 2, 1995.]

MICHAEL HUNTER, *Respondent*, v. ENDURANCE FRUIT PROCESSING, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00977-4, F. James Gavin, J., entered April 16, 1993. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.


[No. 13835-6-III.   Division Three.   November 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. HOLLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 92-1-00456-0, John E. Bridges, J., entered January 26, 1994. *Reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J. Now published at 80 Wn. App. 1.


[No. 17024-8-II.   Division Two.   November 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY ROY ROBERTS, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00483-3, Milton R. Cox, J., entered March 17, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Fleisher, J.